Timothy M. Thornton, Jr., #106413
Carol J. Knoblow, #151458
**NELSEN, THOMPSON, PEGUE &**
**THORNTON, A Professional Corporation**
2425 Olympic Boulevard, Suite 4000W
Santa Monica, California 90404
Phone: 310-315-1001
Fax:         310-315-1333

**Attorneys for Plaintiff**
**GE PROPERTY & CASUALTY INSURANCE COMPANY**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GE PROPERTY & CASUALTY INSURANCE COMPANY, a Pennsylvania corporation,**<br><br>　　　　　**Plaintiff,**<br><br>　　vs.<br><br>**UNIVERSAL UNDERWRITERS INSURANCE COMPANY, et al.,**<br><br>　　　　　**Defendants.** | CASE NO. CIV.S-04-0131 MCE DAD<br><br>**STIPULATION AND ORDER CONTINUING HEARINGS ON MOTIONS FOR SUMMARY JUDGMENT AND TRIAL** |

　　　　COME NOW Plaintiff GE Property & Casualty Company ("GE") and Defendant Universal Underwriters Insurance Company ("Universal"), by and through their respective counsel of record, who stipulate as follows, subject to the approval of this Court:

　　　　1.　　Whereas, GE and Universal are presently engaged in settlement discussions in an effort to resolve this matter;

2.	Whereas, GE and Universal concurrently submit to this Court for approval a Stipulation for Protective Order regarding GE's production to Universal of documents exchanged between GE and its coverage counsel, which GE maintains are protected attorney-client and attorney work-product documents;

3.	Whereas, GE and Universal agree that a thirty-day continuance of the hearings on the Motions for Summary Judgment and Trial date would allow for settlement negotiations, and would ensure Universal has adequate time to review the documents produced by GE prior to Universal's submission of its Opposition to GE's Motion for Summary Judgment;

4.	GE and Universal respectfully seek a continuance of the hearing date for GE and Universal's respective Motions for Summary Judgment, presently scheduled for June 6, 2005, at 9:00 a.m., to a date after June 10, 2005, which is convenient for this Court;

5.	GE and Universal also respectfully seek a continuance of the Trial date, currently set for August 31, 2005, at 9:00 a.m., to a date after September 30, 2005, which is convenient for this

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Court. Counsel request that the deadline for submission of the Joint Pre-Trial Statement be continued for a period of thirty days.


**DATED:** May____, 2005          By: _____
                                       Timothy M. Thornton, Jr.
                                       Carol J. Knoblow
                                       **NELSEN THOMPSON PEGUE & THORNTON**
                                       Attorneys for Plaintiff,
                                       **GE PROPERTY & CASUALTY INSURANCE COMPANY**


**DATED:** May____, 2005          By: _____
                                       Max H. Stern
                                       William S. Berman
                                       **HANCOCK ROTHERT & BUNSHOFT LLP**
                                       Attorneys for Defendant,
                                       **UNIVERSAL UNDERWRITERS INSURANCE COMPANY**

## ORDER

**GOOD CAUSE APPEARING THEREFOR:**

**IT IS HEREBY ORDERED** that the hearings on GE Property & Casualty Company's and Universal Underwriters Insurance Company's respective Motions for Summary Judgment or Partial Summary Judgment be continued to July 25, 2005 at 9:00 a.m., in Courtroom 3. Service and filing of Universal Underwriters Insurance Company's Opposition and both parties' Reply papers are continued accordingly. Court trial is continued from August 31, 2005, to October 19, 2005 at 9:00 a.m., in Courtroom 3. The pretrial conference is continued from July 11, 2005 to August 29, 2005 at 2:30 p.m. The Joint Pre-Trial Statement, will be filed on or before August 15, 2005.

**DATED:** May 20, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE