MAX H. STERN (SBN 154424)
HANCOCK ROTHERT & BUNSHOFT LLP
4 Embarcadero Center, Third Floor
San Francisco, California 94111-4168
Telephone: (415) 981-5550
Facsimile: (415) 955-2599

Attorneys for Defendant and Counter-Claimant
UNIVERSAL UNDERWRITERS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE PROPERTY & CASUALTY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas corporation,<br><br>　　　　　Defendant. | CASE NO. CIV.S-04-0131 MCE/DAD<br><br>**STIPULATION AND ORDER CONTINUING HEARINGS ON MOTIONS FOR SUMMARY JUDGMENT AND TRIAL AND RELATED DATES** |

COME NOW plaintiff GE Property Casualty & Property Insurance Company ("Plaintiff") and defendant Universal Underwriters Insurance Company ("Defendant"), through their counsel, who stipulate as follows, subject to the approval of this Court:

　　　　1.　　Whereas, trial counsel for Universal, Max H. Stern, has been selected and is serving as a juror in a criminal trial venued in Alameda County Superior Court – Hayward Hall of Justice before the Honorable Harry R. Sheppard, Department 510;

　　　　2.　　Whereas, the criminal trial before Judge Sheppard for which Universal's trial counsel is serving as a juror is anticipated to last through August 29, 2005;

　　　　3.　　Whereas, the criminal trial before Judge Sheppard is in session Mondays through Thursdays, and it is dark on Fridays;

///

1  4. Whereas, the attached Exhibit A is a letter from Judge Sheppard confirming
2  these circumstances;
3  5. Whereas, Mr. Stern advised Judge Sheppard of his professional
4  commitments and scheduled hearings in this case and others, but Judge Sheppard did not find
5  these commitments to be cause warranting Mr. Stern to be excused from jury service.
6  6. Whereas, GE and Universal agree that a continuance of the hearings on the
7  Motions for Summary Judgment is appropriate in light of Mr. Stern's ongoing jury service;
8  7. Whereas, GE and Universal agree that in conjunction with the continuance
9  of the hearing date on the Motions for Summary Judgment in light of Mr. Stern's jury service, the
10 Pre-Trial Conference and Trial dates should be modified accordingly;
11 8. GE and Universal respectfully seek a continuance of the hearing date for
12 GE's and Universal's respective Motions for Summary Judgment, presently scheduled for
13 Monday, July 25, 2005 to a Friday convenient with the Court between July 25, 2005 and August
14 29, 2005, or, alternatively, to date after August 29, 2005 on the Court's regular Civil Law and
15 Motion calendar as Court determines appropriate;
16 9. GE and Universal also respectfully seek a continuance of the Joint Pre-Trial
17 Conference and Trial date, currently set for August 29, 2005, and October 19, 2005, respectively,
18 to dates convenient to the Court.  The parties further request that the deadline for submission of
19 the Joint Pre-Trial Statement be continued.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  10.     This Stipulation may be signed in counterparts.

2            IT IS SO STIPULATED:

3  DATED: July _, 2005                    HANCOCK ROTHERT & BUNSHOFT LLP

6                                         By: _____
                                              Max H. Stern
                                          Attorneys for Defendant and Counter-Claimant
7                                         UNIVERSAL UNDERWRITERS INSURANCE
                                          COMPANY

9  DATED: July _, 2005                    LAW OFFICES OF NELSEN, THOMPSON, PEGUE
                                          &      THORNTON, P.C.

12                                        By: _____
                                              Timothy M. Thornton, Jr.
13                                        Attorneys for Plaintiff GE PROPERTY &
                                          CASUALTY INSURANCE COMPANY

# ORDER

**GOOD CAUSE APPEARING THEREFOR**:

**IT IS HEREBY ORDERED** that the hearings on GE Property & Casualty Company's and Universal Underwriters Insurance Company's respective Motions for Summary Judgment or Partial Summary Judgment, both motions are currently set for July 25, 2005, be continued to September 12, 2005 at 9:00 a.m. in Courtroom 3. Service and filing of Universal Underwriters Insurance Company's Opposition and both parties' Reply papers are continued accordingly. Trial is continued from October 19, 2005 to November 30, 2005 at 9:00 a.m. in Courtroom 3. The Pre-Trial Conference is continued from August 29, 2005 to October 3, 2005 at 2:30 p.m. The Joint Pre-Trial Statement shall be filed on or before September 19, 2005.

DATED: July 6, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HANCOCK ROTHERT &
BUNSHOFT LLP
4 EMBARCADERO CENTER
SAN FRANCISCO, CA 94111
(415) 981-5550

[SFDOC:2702-074-803582.3]

PROOF OF SERVICE

CIV.S-04-0131 MCE/DAD