MAX H. STERN (SBN 154424)
HANCOCK ROTHERT & BUNSHOFT LLP
4 Embarcadero Center, Third Floor
San Francisco, California 94111-4168
Telephone: (415) 981-5550
Facsimile: (415) 955-2599

Attorneys for Defendant and Counter-Claimant
UNIVERSAL UNDERWRITERS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE PROPERTY & CASUALTY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas corporation,<br><br>         Defendant. | No. CIV-S-04-0131 MCE/DAD<br><br>STIPULATION AND ORDER CONTINUING HEARINGS ON MOTIONS FOR SUMMARY JUDGMENT AND TRIAL AND RELATED DATES |

    COME NOW plaintiff GE Property Casualty & Property Insurance Company ("Plaintiff") and defendant Universal Underwriters Insurance Company ("Defendant"), through their counsel, who stipulate as follows, subject to the approval of this Court:

    1.    Whereas, trial counsel for Universal, Max H. Stern, has been selected and is serving as a juror in a criminal trial venued in Alameda County Superior Court – Hayward Hall of Justice before the Honorable Harry R. Sheppard, Department 510;

    2.    Whereas, the parties submitted to this Court a prior Stipulation and Proposed Order to extend the date for

hearings on the Motions for Summary Judgment and the Pre-Trial Conference and Trial dates based Judge Sheppard's best estimate at the time that Mr. Stern's was anticipated to last through August 29, 2005;

3. Whereas, the Court signed and entered the Stipulation and Order on July 6, 2005 continuing the date for hearings on the Motions for Summary Judgment and the Pre-Trial Conference and Trial dates based on the estimated length of Mr. Stern's jury service;

4. Whereas, Judge Sheppard now has informed Mr. Stern and the other jurors that their jury service will not be concluded by August 29, 2005, and their jury service will likely continue until at least September 9, 2005;

5. Whereas, counsel for Universal and counsel for GE are meeting and conferring regarding privileged document issues related to the Protective Order in this Action;

6. Whereas, GE and Universal agree that a continuance of the hearings on the Motions for Summary Judgment is appropriate in light of Mr. Stern's ongoing jury service and the issues relating to the Protective Order;

7. Whereas, GE and Universal agree that in conjunction with the continuance of the hearing date on the Motions for Summary Judgment in light of Mr. Stern's jury service and other matters, the Pre-Trial Conference and Trial dates and the date for all trial exhibits be provided to the Court should be modified accordingly;

8. GE and Universal respectfully seek a continuance of the hearing date for GE's and Universal's respective Motions

1  for Summary Judgment, presently scheduled for Monday, September
2  12, 2005 to Monday, October 10, 2005, or, alternatively, to date
3  after September 12, 2005 on the Court's regular Civil Law and
4  Motion calendar as Court determines appropriate;
5        9.   GE and Universal also respectfully seek a
6  continuance of the Joint Pre-Trial Conference and Trial date,
7  currently set for October 3, 2005, and November 30, 2005,
8  respectively, to dates convenient to the Court.  The parties
9  further request that the deadline for submission of the Joint
10 Pre-Trial Statement be continued.
11 ///
12 ///
13 ///
14 ///

10.   This Stipulation may be signed in counterparts.

      IT IS SO STIPULATED:

```
DATED: August 24, 2005          HANCOCK ROTHERT & BUNSHOFT LLP



                                By:  _____/ S /_____
                                     Max H. Stern
                                     Attorneys for Defendant and
                                     Counter-Claimant
                                     UNIVERSAL UNDERWRITERS INSURANCE
                                     COMPANY


DATED: August _, 2005           LAW OFFICES OF NELSEN, THOMPSON,
                                PEGUE &    THORNTON, P.C.




                                By:  _____
                                     Timothy M. Thornton, Jr.
                                     Carol J. Knoblow
                                     Attorneys for Plaintiff GE PROPERTY &
                                     CASUALTY INSURANCE COMPANY
```

**ORDER**

**GOOD CAUSE APPEARING THEREFOR:**

**IT IS HEREBY ORDERED** that the hearings on GE Property & Casualty Company's and Universal Underwriters Insurance Company's respective Motions for Summary Judgment or Partial Summary Judgment be continued from September 12, 2005 to October 17, 2005 at 9:00 a.m. in Courtroom 3. Service and filing of Universal Underwriters Insurance Company's Opposition and both parties' Reply papers are continued accordingly. Trial is continued from November 30, 2005 to March 8, 2006 at 9:00 a.m. in Courtroom 3. Counsel shall produced all trial exhibits to Amanda Souvannarath, the Courtroom Clerk, no later than 3:00 p.m. on March 1, 2006. The Pre-Trial Conference is continued from October 3, 2005 to January 23, 2006 at 1:30 p.m. The Joint Pre-Trial Statement shall be filed on or before January 9, 2006.

DATED: August 26, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, Suite 300, San Francisco, CA 94111.

On August 24, 2005, I served the following document(s) described as:

> **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARINGS ON MOTIONS FOR SUMMARY JUDGMENT AND TRIAL AND RELATED DATES**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

> Timothy M. Thornton, Jr., Esq.
> Carol J. Knoblow, Esq.
> NELSEN, THOMPSON, PEGUE &
>     THORNTON, A Professional Corporation
> 2425 Olympic Boulevard, Suite 4000W
> Santa Monica, CA  90404
> Tel:  310.315.1001
> Fax:  310.315.1333

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court.  The telephone number of the sending facsimile machine was (415) 955-2599.  The name(s) and facsimile machine telephone number(s) of the person(s) served is listed in the attached  service list marked with a ^^^.  A transmission report was properly issued by the sending facsimile machine, and

HANCOCK ROTHERT &
BUNSHOFT LLP
4 EMBARCADERO CENTER
SAN FRANCISCO, CA 94111
(415) 981-5550

[SFDOC:2702-074-813870.1]                                                                            CIV.S-04-0131 MCE/DAD
PROOF OF SERVICE

1         the transmission was reported as complete and without error.

2 ☒  **FEDERAL:**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

        I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 24, 2005, in San Francisco, California.

```
                                     / S /
                                 _____
                                 JoAnna Soliman
```