MAX H. STERN (SBN 154424)
WILLIAM S. BERMAN (SBN 170857)
HANCOCK ROTHERT & BUNSHOFT LLP
4 Embarcadero Center, Third Floor
San Francisco, California 94111-4168
Telephone: (415) 981-5550
Facsimile: (415) 955-2599

Attorneys for Defendant and Counter-Claimant
UNIVERSAL UNDERWRITERS INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GE PROPERTY & CASUALTY INSURANCE COMPANY, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas corporation,<br><br>Defendant. | CASE NO. CIV.S-04-0131 MCE/DAD<br><br>**STIPULATION AND ORDER REQUESTING A SETTLEMENT CONFERENCE AND PERMITTING TELEPHONIC APPEARANCE, AND STAYING BRIEFING SCHEDULE HEARINGS ON MOTIONS FOR SUMMARY JUDGMENT** |

COME NOW plaintiff GE Property Casualty & Property Insurance Company ("Plaintiff") and defendant Universal Underwriters Insurance Company ("Defendant"), through their counsel, who stipulate as follows, subject to the approval of this Court:

1. Whereas, the parties have engaged in settlement negotiations in an effort to fully resolve this Action;

2. Whereas, a settlement has not been reached as of yet, but the parties believe reaching a settlement remains possible;

3. Whereas, GE and Universal agree that a judicially supervised settlement conference presents the best opportunity to settle the entire Action and that a stay of the briefing schedule and hearings on the parties' respective Motions for Summary Judgment and of trial is appropriate in light of the ongoing efforts to settle the Action;

///

   4. Whereas, GE and Universal agree and waive any objection to the settlement conference being conducted before Magistrate Judge Dale A. Drozd;

   5. Whereas, GE and Universal agree that David Zawrotny, AIG's principal who is located in Philadelphia, Pennsylvania, be allowed to appear telephonically for the proposed settlement conference scheduled for December 1, 2005, since he would be otherwise unable to attend the settlement conference.

   6. GE and Universal respectfully request that a settlement conference supervised by Magistrate Judge Dale A. Drozd be scheduled between the parties to this Action for December 1, 2005 at 10:00 a.m., and that the briefing schedule and hearings on the parties' respective Motions for Summary Judgment, and for trial, be stayed pending the outcome of the settlement conference.

   7. This Stipulation may be signed in counterparts.

   IT IS SO STIPULATED:

DATED: November __, 2005   HANCOCK ROTHERT & BUNSHOFT LLP

           By: _____
             Max H. Stern
           Attorneys for Defendant and Counter-Claimant
           UNIVERSAL UNDERWRITERS INSURANCE
           COMPANY

DATED: November __, 2005   LAW OFFICES OF NELSEN, THOMPSON, PEGUE & THORNTON, P.C.

           By: _____
             Timothy M. Thornton, Jr.
             Carol J. Knoblow
           Attorneys for Plaintiff GE PROPERTY &
           CASUALTY INSURANCE COMPANY

HANCOCK ROTHERT &
BUNSHOFT LLP
4 EMBARCADERO CENTER
SAN FRANCISCO, CA 94111

**ORDER**

**GOOD CAUSE APPEARING THEREFOR**:

**IT IS HEREBY ORDERED** that, consistent with the parties' request, a settlement conference in this Action shall take place on December 1, 2005, at 10:00 a.m., in Courtroom 27, before Magistrate Judge Dale A. Drozd, or at alternative date and time to be set based on the availability of the parties and the Court. David Zawrotny, AIG's principal who is located in Philadelphia, Pennsylvania, shall be allowed to appear telephonically at the December 1, 2005 settlement conference.

**IT IS HEREBY FURTHER ORDERED** that the briefing and hearings scheduled for November 14, 2005 on the parties' respective Motions for Summary Judgment are stayed pending the outcome of the settlement conference. A Status Conference be held on January 30, 2006 at 9:00 a.m. in Courtroom 3, to set new motion, pretrial and trial dates if the case has not been settled. Parties shall file a joint status report on or before January 17, 2006.

DATED: November 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE