1  Timothy M. Thornton, Jr., #106413
   Carol J. Knoblow, #151458
2  NELSEN, THOMPSON, PEGUE &
   THORNTON, A Professional Corporation
3  2425 Olympic Boulevard, Suite 4000W
   Santa Monica, California 90404
4  Phone:      310-315-1001
   Fax:        310-315-1333
5

6  Attorneys for Plaintiff and Counter-defendant
   GE PROPERTY & CASUALTY INSURANCE COMPANY
7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  **GE PROPERTY &** | **CASE NO. 2:04-cv-0131 MCE DAD** |
|     **CASUALTY INSURANCE COMPANY,** | **(Judge Morrison C. England, Jr.)** |
| 12  **a Pennsylvania corporation,** | |
| | **STIPULATION AND ORDER** |
| 13              **Plaintiff,** | **EXTENDING THE DEADLINE FOR** |
| | **DISPOSITIONAL DOCUMENTS** |
| 14              **vs.** | |
| | |
| 15  **UNIVERSAL UNDERWRITERS** | |
|     **INSURANCE COMPANY, a Kansas** | |
| 16  **corporation,** | |
| | **Complaint Filed:  January 21, 2004** |
| 17              **Defendant.** | |
| _____ | |
| 18 | |
|     **UNIVERSAL UNDERWRITERS** | |
| 19  **INSURANCE COMPANY, a Kansas** | |
|     **corporation,** | |
| 20 | |
|                 **Counter-claimant,** | |
| 21 | |
|                 **vs.** | |
| 22 | |
|     **GE PROPERTY &** | |
| 23  **CASUALTY INSURANCE COMPANY,** | |
|     **a Pennsylvania corporation,** | |
| 24 | |
|                 **Counter-defendant.** | |
| 25 _____ | |

26

27

28

                                    1

COME NOW plaintiff GE Property Casualty & Property Insurance Company ("Plaintiff") and defendant Universal Underwriters Insurance Company ("Defendant"), through their counsel, who stipulate as follows, subject to the approval of this Court.

1. Whereas, the parties have been unable to complete the dispositional documents required by this court on March 1, 2006; and,

2. Whereas, the parties have agreed that said documents will be completed and filed with the Court by March 15, 2006;

**IT IS SO STIPULATED:**

**Dated: February 28, 2006**   **NELSEN, THOMPSON, PEGUE & THORNTON**
                                              **A Professional Corporation**

**By:** _____/s/_____
**TIMOTHY M. THORNTON, JR.,**
**CAROL J. KNOBLOW**
**Attorneys for Plaintiff and Counter-defendant,**
**GE PROPERTY & CASUALTY INSURANCE COMPANY**

**Dated: February 28, 2006**   **HANCOCK ROTHERT & BUNSHOFT LLP**

**By:** _____/s/_____
**MAX H. STERN**
**Attorneys for Defendant and Counter-Claimant**
**UNIVERSAL UNDERWRITERS INSURANCE COMPANY**

**ORDER**

**GOOD CAUSE APPEARING THEREFOR:**

**IT IS HEREBY ORDERED** that the deadline for filing of dispositional documents be extended to March 31, 2006 at 4:00 p.m. in Courtroom 3.

Dated: March 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 2425 Olympic Boulevard, Suite 4000W, Santa Monica, California 90404-4032.

On **March 6, 2006**, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR DISPOSITIONAL DOCUMENTS** on all parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Max H. Stern, Esq.
William S. Berman, Esq.
Hancock Rothert & Bunshoft LLP
4 Embarcadero Center, Third Floor
San Francisco, CA  94111-4168
Telephone:  (415) 981-5550
Facsimile:  (415) 955-2599

(X) **MAIL:**  I caused such envelope to be deposited in the mail at Santa Monica, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing in the affidavit.

(  ) **FACSIMILE:**  I caused said document(s) to be transmitted by facsimile transmission from facsimile number (310) 315-1333, in compliance with California Rules of Court Rule 2003, to the facsimile number of the interested parties indicated on the attached service list, and thereafter placed a true and correct copy thereof enclosed in sealed envelopes for same day mailing.

(  ) **PERSONAL SERVICE**:  I had delivered such envelopes by hand through Express Connection to the offices of the addressee listed above.

(  ) **FEDERAL EXPRESS:**  I placed a true and correct copy of thereof in a sealed Federal Express envelope and depositing at the designated Federal Express pick-up box, located at 2425 W. Olympic Boulevard, Santa Monica, California for overnight delivery.

**(X) FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury, and under the laws of United States of America, that the foregoing is true and correct.

Executed on March 6, 2006,  in Santa Monica, California.

/s/
Jo Nicol